UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 1:23-cr-00108-TSC |
| : | |
| MICHAEL JOHN DILLON, : | |
| Defendant. : | |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, and the defendant Michael John Dillon, by and through his counsel John Pierce, hereby files this motion to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* In support of this consent motion, the undersigned states as follows:

1. Defendant is charged with violations of 18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), and 40 U.S.C. § 5104(e)(2)(G), relating to the January 6, 2021 attack on the U.S. Capitol.

2. On February 21, 2023, Defendant had his initial appearance on a four-count complaint in this District before Magistrate Judge Moxila A. Upadhyaya.

3. On April 3, 2023, the United States filed a four-count information against defendant (ECF No. 10).

4. On April 4, 2023, this Court's deputy reached out to counsel to set a date for the defendant's arraignment on the information. On information and belief, defense counsel has a conflict with the initially proposed date due to a trial before another judge in this District. The parties conferred and proposed dates to the Court's deputy for the defendant's arraignment for late April or early May 2023.

5. The United States expects to file shortly a motion for a protective order, a motion to disclose materials protected by Federal Rule of Criminal 6(e) and sealed materials, and other notices related to the case. Upon entry of the protective order by the Court and its return by the defendant, the United States will promptly provide case-specific discovery.

6. The undersigned has conferred with Attorney Pierce, who joins in this motion.

The parties respectfully request that this Court exclude the time from the date of this order until the Court date sets for defendant's arraignment on the information, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By:    */s/ Michael L. Barclay*
        MICHAEL L. BARCLAY
        Assistant United States Attorney
        Member of New York Bar
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Michael.Barclay@usdoj.gov
        (202) 252-7669