**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:23-cr-00108-TSC** |
| | : | |
| **MICHAEL JOHN DILLON,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>MOTION FOR PROTECTIVE ORDER</u>

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The undersigned shared a draft protective order with defense counsel and asked for his position on March 1, 2023, March 24, 2023, and March 31, 2023.    As of the date of this filing, defense counsel has not yet provided a substantive response regarding the protective order, and so the undersigned is unable to ascertain his position.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      */s/ Michael L. Barclay*
MICHAEL L. BARCLAY
Assistant United States Attorney
Member of New York Bar
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669