# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO.  1:23-cr-00108-TSC** |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN DILLON** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021;
5. Memorandum Regarding Status of Discovery as of November 5, 2021; and
6. Memorandum Regarding Status of Discovery as of February 9, 2022.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: ____/s/ Geoffrey A. Barrow_____
GEOFFREY A. BARROW
Director of Global Discovery
Capitol Siege
DC Bar No. 462662
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Geoffrey.Barrow@usdoj.gov
(503) 727-1017

By: _____/s/ Michael L. Barclay_____
MICHAEL L. BARCLAY
Assistant United States Attorney
Member of N.Y. Bar
601 D Street, NW
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669