UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-108 (TSC) |
| ) | |
| MICHAEL JOHN DILLON ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF STATUS HEARING**

Defendant, Michael John Dillon, has a status hearing scheduled for tomorrow at 10 a.m. ET. With sincere apologies for the late notice, counsel realizes that he has a sentencing tomorrow at the same time before Judge Cobb in the case of *United States v. Gianos*, Case No. 1:22-cr-00074. Counsel therefore respectfully requests a slight continuance of the status hearing, either to a time later in the day tomorrow, or anytime this week that is convenient to the Court and the government (with the exception that counsel also has a sentencing before Judge Friedman at 9:30 a.m. ET on Thursday in the case of *United States v. Hart*, Case No., 1:21-cr-00540). We have conferred with the government and they have no opposition to this request.

Dated: July 24, 2023                                                        Respectfully Submitted,

                                                                    */s/ John M. Pierce*
                                                                    John M. Pierce
                                                                    21550 Oxnard Street

1

3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, July 24, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce
