UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-108 (TSC) |
| ) | |
| MICHAEL JOHN DILLON ) | |
| ) | |
| Defendants. ) | |

# NOTICE

Attached is the joint representation conflict waiver form executed by Defendant.

Dated: August 2, 2023                                                                 Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, August 2, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce