UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-108 (TSC) |
| | ) | |
| MICHAEL JOHN DILLON | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

Attached is the joint representation conflict waiver form executed by David Wismer.

Dated: August 9, 2023

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, August 9, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                                        */s/ John M. Pierce*
                                                                          John M. Pierce