UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim No. 1:23-cr-00108-TSC |
| | : | |
| MICHAEL JOHN DILLON, | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR PROPOSED PRETRIAL SCHEDULING ORDER

The United States, through undersigned counsel, and the defendant Michael John Dillon, by and through his counsel John Pierce, consistent with the July 25, 2023 status conference in this matter, hereby file this joint motion seeking for the Court to enter the proposed pretrial scheduling order attached to this motion as Attachment A.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:    */s/ Michael L. Barclay*
MICHAEL L. BARCLAY
Assistant United States Attorney
New York Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669