# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Complainant<br><br>-v-<br><br>**MICHAEL JOHN DILLON,**<br><br>Defendant. | Criminal Case No.  1:23-cr-00108-TSC<br><br>**DEFENDANT MICHAEL JOHN DILLON'S MOTION IN LIMINE REGARDING MISTAKE OF LAW AND AFFIRMATIVE DEFENSE RELATING TO PRESIDENT TRUMP'S COMMANDS ON JANUARY 6** |

## DEFENDANT MICHAEL JOHN DILLON'S MOTION IN LIMINE REGARDING MISTAKE OF LAW AND AFFIRMATIVE DEFENSE RELATING TO PRESIDENT TRUMP'S COMMANDS ON JANUARY 6.

Defendant MICHAEL JOHN DILLON ("Dillon"), by and through undersigned counsel with this Motion in Limine regarding Dillon's Mistake of Law defense relating to President Trump's commands on January 6.

On January 6, 2021, the president of the United States, Donald J. Trump, gave a speech at the Ellipse to over a hundred thousand supporters.  Trump urged his supporters to march on the Capitol.  "I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard," said Trump.

This sets up an important defense for Defendant Dillon in this case.  Even if Trump had no authority to command people to march on the Capitol; and even if Dillon was mistaken regarding the authority or propriety of Trump's command; Trump's words provide an important defense for Dillon.

Dillon's reliance on instructions by the President of the United States is an affirmative defense. Accordingly, Dillon has a right to present evidence supporting this defense.

Dated: October 17, 2023

Respectfully Submitted,

/s/ *John M. Pierce*

John M. Pierce

21550 Oxnard Street

3rd Floor, PMB #172

Woodland Hills, CA 91367

Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, October 17, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce