UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-cr-00108-TSC |
| v.     : | |
| : | |
| MICHAEL JOHN DILLON,  : | |
| : | |
| Defendant. | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney John Oxenreiter, who may be contacted by telephone at (202) 252-7228 or by e-mail at john.oxenreiter@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States. Mr. Oxenreiter joins Mr. Barclay, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/s/ John Oxenreiter*
John Oxenreiter
New York Bar No. 5511597
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20004
Phone: (202) 252-7228

## CERTIFICATE OF SERVICE

On this 2nd day of November, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *John Oxenreiter*
John Oxenreiter
Assistant United States Attorney