# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.: 1:23-cr-00108-TSC** |
| | : | |
| **MICHAEL JOHN DILLON,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* REGARDING MISTAKE OF LAW

The United States of America respectfully submits this opposition to Defendant Michael John Dillon's motion regarding mistake of law (ECF No. 35).  Defendant's purported motion *in limine* does not move this Court for any relief, only asserting that that "Dillon has a right to present evidence supporting this defense."  ECF No. 35 at 2.  The government incorporates by reference its motion *in limine* to preclude certain improper defense arguments (ECF No. 40).

.                                                             Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ John Oxenreiter*
JOHN OXENREITER
New York Bar Reg. No. 5511597
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530
John.Oxenreiter@usdoj.gov
(202) 252-7228

MICHAEL L. BARCLAY
New York Bar Reg. No. 5441423
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669