UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No.: 1:23-cr-00108-TSC

MICHAEL JOHN DILLON,

    Defendant.

### DEFENDANT MICHAEL JOHN DILLON'S MOTION TO LIFT PROTECTIVE ORDER AND *IN LIMINE* GIVEN RECENT PUBLIC RELEASE OF SURVEILLANCE FOOTAGE

The U.S. House of Representatives has released the initial tranche of US Capitol Police CCTV footage from Jan. 6 to the public. *Subcommittee on Oversight releases USCP Video Public Access Policy*, UNITED STATES COMMITTEE ON HOUSE ADMINISTRATION, Nov. 17, 2023, https://cha.house.gov/2023/11/subcommittee-on-oversight-releases-uscp-video-public-access-policy.  As a result, the grounds and basis for the Court's protective orders and certain rulings in this case are moot.  Accordingly, defendant Dillon moves for an order lifting all protective orders and orders *in limine* limiting evidence and discussion of CCTV footage locations.

Date: November 24, 2023                                                               Respectfully Submitted,

                                                                                      */s/ John M. Pierce*
                                                                                      John M. Pierce
                                                                                      21550 Oxnard Street
                                                                                      3rd Floor, PMB #172
                                                                                      Woodland Hills, CA 91367
                                                                                      Tel: (213) 400-0725
                                                                                      Email: jpierce@johnpiercelaw.com

2

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, November 24, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce