UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:23-cr-00108 (TSC) |
| | : | |
| **MICHAEL JOHN DILLON** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

**COUNT ONE**: Entering or Remaining in a Restricted Building or Grounds:

_____              _____
Guilty                                              Not Guilty

**COUNT TWO**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds:

_____              _____
Guilty                                              Not Guilty

**COUNT THREE**: Disorderly or Disruptive Conduct in a U.S. Capitol Building or Grounds:

_____              _____
Guilty                                              Not Guilty

**COUNT FOUR**: Parading, Demonstrating, or Picketing in a U.S. Capitol Building:

_____              _____
Guilty                                              Not Guilty


Dated this \_\_\_\_\_ day of \_\_\_\_\_, 2024