UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:23-cr-0108 (TSC) |
| v. : | |
| : | |
| MICHAEL JOHN DILLON, : | |
| : | |
| Defendant. : | |

# ORDER

In light of the government's motion for an order requiring the defense to disclose proposed trial exhibits to the government, and the entire record herein, this Court grants the government's motion and orders the defense to produce copies of its proposed trial exhibits to the government on or before December 8, 2023.

Date: _____

_____
HON. TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

1