UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       v.                           Case No.: 1:23-cr-00108-TSC

MICHAEL JOHN DILLON,

    Defendant.

## DEFENDANT'S TRIAL EXHIBITS

| Ex. No. | Description of Exhibit |
|---|---|
| 1 | Slideshow of Photos of Defendant & Family or Friends |
| 2 | CDU Operational Plan for the USCP |
| 3 | OPR Interview with Inspector Robert Glover |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News |
| 5 | DC-001-00000001[37] |
| 6 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. |
| 7 | Photo of Stop Pence and Trump Protest Flyer |
| 8 | Schedule for Wednesday January 6th 2021 |
| 9 | Open Source Video Protestors 3 |

| 10 | U.S. Capitol Grounds Demonstration Area Map |
| --- | --- |
| 11 | USCP-011-00055405_image |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS |
| 13 | USCPJanuary-6-Timeline[25142] |
| 14 | gao-22-104829[25148] |
| 15 | MPD-001-00000034[25146] |
| 16 | DC-FirstAmendment |
| 17 | USCPJan.6Timeline[25122] |
| 18 | Open source video of J6 2 |
| 19 | Open source video of J6 3 |
| 20 | Open source video of J6 4 |
| 21 | Open source video of J6 5 |
| 22 | Open Source Video of J6 6 |
| 23 | Open source video of J6 7 |
| 24 | 5 Demonstration Permits for J6 |
| 25 | Crosstabs DC 011822[25099] |

| | |
|---|---|
| 26 | Pictures and Videos pertaining to #NWScaffoldCommander |
| 27 | Open Source Footage of Officer misconduct |
| 28 | Tomasula Footage |
| 29 | Reserved |
| 30 | covering_riot_control_in_the_united_states_0 (1) |
| 31 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents |
| 32 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH |
| 33 | Impact_Munitions_Guide_ENGLISH |
| 34 | RiotID_Guide_ENGLISH |
| 35 | Letter from VP Pence |
| 36 | rubber bullets from above 2.mp4 |
| 37 | Firing Rubber Bullets from above.mp4 |
| 38 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows |
| 39 | Open Source Video Protestors 1 |
| 40 | Open Source Video Protestors 2 |
| 41 | Photos and Videos regarding Pipe Bomb Suspect |

| 42 | Pictures and Videos pertaining to #redonredglasses |
|----|----|
| 43 | Open source video of J6 1 |
| 44 | Capitol Police Manuals |
| 45 | MAGA Map guide |
| 46 | Pictures and Videos pertaining to #FenceCutterBulwark |
| 47 | Montage of Protestor telling people to go to Capitol |
| 48 | Videos from Bobby Powell |
| 49 | Reserved |
| 50 | Reserved |

*/s/* JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846 jpierce@johnpiercelaw.com
*Attorney for Defendant*