UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        v.                                  Case No.: 1:23-cr-00108-TSC

**MICHAEL JOHN DILLON,**

    **Defendant.**

### NOTICE TO THE COURT

Defense provides notice that defense exhibits were provided to opposing counsel on December 6th. Counsel has conferred with Government and they have acknowledged receipt of defense's exhibits. Defense Counsel has reviewed their exhibits and corrected some errors found in the file names. Defense Counsel will file a corrected Exhibit list as an errata.



Date: November 24, 2023                                                   Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com