IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00108-TSC |
| | : | |
| **MICHAEL JOHN DILLON,** | : | |
| | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael John Dillon, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt.

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however,

shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***Michael Dillon's Participation in the January 6, 2021 Capitol Riot***

8. The defendant, Michael Dillon, lives in Fort Myers, Florida. Dillon traveled with several others by car from Florida to Washington, DC in order to attend the "Stop the Steal" rally on January 6, 2021. On January 6, 2021, Dillon was wearing a black jacket, a camouflage-colored baseball hat with the words "Trump 2020," a black leather jacket, and at times, carried a cane and a flag.

9. Dillon and others listened to speeches at the rally near the Washington Monument, including former President Trump's speech. Dillon also brought a flag with him to the rally. *See* Image 1.



*Image 1: Dillon (circled) listens to speeches on January 6, 2021 near the Washington Monument while holding a flag*

10. After listening to the speeches, Dillon walked along Constitution Avenue towards the U.S. Capitol. *See* Image 2. Dillon was aware that then-Vice President Pence was participating in the proceedings at the Capitol that day.



*Image 2: Dillon (circled) walks along Constitution Avenue towards the Capitol Building*

11.     At approximately 2:32 p.m., Dillon joined the mob on the Upper West Terrace of the Capitol, which had been earlier overrun by rioters, and walked towards the Senate Wing Door. *See* Image 3.  As Dillon approached, a rioter was scaling the wall above the Senate Wing Door.



*Image 3: Dillon (circled) approaches the Senate Wing Door from the Upper West Terrace at 2:33 pm, as a rioter climbs the wall above the door*

12.     At approximately 2:36 p.m., tear gas was deployed against rioters standing outside the Senate Wing Door, which Dillon saw.  At 2:37 p.m., as the smoke cleared, Dillon approached the broken window to one side of the Senate Wing Door and began speaking to U.S. Capitol Police officers guarding the other side.  *See* Image 4.  Dillon was present while the mob outside the Senate Wing Door repeated chants of "Fight for Trump!", "Our House!", and "USA!"



*Image 4: Shortly after tear gas is deployed against rioters, Dillon (circled) approaches and speaks to U.S. Capitol Police officers guarding the Senate Wing Door*

13. Between approximately 2:42 and 2:43 p.m., Dillon also saw other members of the mob forcibly open the Senate Wing Door, which U.S. Capitol Police officers had barricaded shut, in an attempt to enter the Capitol through that door. *See* Image 5. An alarm was also audibly ringing.



*Image 5: Dillon (circled) is present as rioters attempt to open the Senate Wing Door and an alarm sounds*

14. At 2:44 p.m., Dillon again talked to a U.S. Capitol Police officer on the other side of the broken Senate Wing Door window. *See* Image 6.



*Image 6: Dillon (circled) talks to an U.S. Capitol Police officer across from the broken Senate Wing Door window*

15. Between 2:47 and 2:48 p.m., rioters overcame the line of officers defending the Senate Wing Door by force. Moments before, Dillon can be seen at the broken window. *See* Image 7. Dillon was aware that rioters had overcome the officers by force.



*Image 7: Dillon (circled) again at the window, moments before rioters overcome the U.S. Capitol Police officers defending the barricaded Senate Wing Door*

16. At approximately 2:50 p.m., Dillon entered the Capitol by climbing through the broken window. *See* Image 8. When he did so, Dillon knew that the building was restricted and knew that he was not authorized to enter.



*Image 8: Dillon (circled) climbs through the broken window next to the Senate Wing Door*

17.     Dillon remained in the crowd near the Senate Wing Door for several minutes. While inside, Dillon again talked to a U.S. Capitol Police officer, who was clearly outnumbered by the rioters.  Dillon was present as the crowd inside chanted "Whose House, Our House!", and joined the crowd's chants of, "USA! USA!"

18.     At approximately 2:55 p.m., Dillon left the Capitol building through the Senate Wing Door.  *See* Image 9.  In total, Dillon spent approximately five minutes in the Capitol Building.



*Image 9: Dillon (circled) leaves the Capitol through the Senate Wing Door at 2:55 p.m.*

### *Elements of the Offense*

19. The parties agree that Entering or Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b. Second, the defendant did so knowingly.

### *Defendant's Acknowledgments*

20. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly entered into the restricted area on Capitol grounds and inside the Capitol building and subsequently remained there. The defendant admits that he knew he was not permitted to either enter or remain in the restricted area on the Capitol grounds or the Capitol building itself. The defendant was aware that then-Vice President Pence was participating in the proceedings at the Capitol that day.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Michael L. Barclay*
        MICHAEL L. BARCLAY
        Assistant United States Attorney
        New York Reg. No. 5441423
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Michael.Barclay@usdoj.gov
        (202) 252-7669

## DEFENDANT'S ACKNOWLEDGMENT

I, Michael John Dillon, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/15/2023          *Michael John Dillon*
                          Michael John Dillon
                          Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12-15-23            *John M. Pierce*
                          John Pierce
                          Attorney for Defendant