

**FILED**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.:  23-CR-108 (TSC) |
| | ) | |
| MICHAEL JOHN DILLON | ) | |
| | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_Michael John Dillon_
Defendant

_John M. Pierce_
Counsel for Defendant

I consent:

_Michael L. Bave_
Assistant United States attorney

Approved:

_Tanya C_

Date:  12/17/2023

United States District Judge